IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02026-RPM

WARD WILSON,

                Plaintiff,

v.

TITAN INDEMNITY COMPANY,
a Texas corporation,

                Defendant.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

ORDERED that a scheduling conference will be held on **January 5, 2006, at
10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States
Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to
comply with the Instructions for Preparation of Scheduling Order which may be found
at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with
those instructions.  Proposed orders are to be double-spaced.  In addition, the
proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to
**Matsch_Chambers@cod.uscourts.gov**.

Dated:  November 8, 2005

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge