IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02026-RPM

WARD WILSON,

        Plaintiff,

v.

TITAN INDEMNITY COMPANY,
a Texas corporation,

        Defendant.

---

ORDER ALLOWING WITHDRAWAL OF COUNSEL

---

        Upon consideration of the Notice of Withdrawal (Doc. #29), filed on May 17, 2006, it is

        ORDERED that the notice is treated as a motion to withdraw and it is

        FURTHER ORDERED that Meghan Frei Berglind is relieved of further responsibilities as counsel to Defendant Titan Indemnity Company in this case.

        Dated:  May 22, 2006

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge