IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02026-RPM

WARD WILSON,

                Plaintiff,

v.

TITAN INDEMNITY COMPANY,
a Texas corporation,

                Defendant.

---

ORDER DEFERRING RULING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES

---

On September 6, 2006, Judgment was entered dismissing this civil action based on this Court's Order Granting Defendant's Motion for Summary Judgment, entered on the same date. On September 15, 2006, the defendant filed a motion for attorneys' fees, based on the Colorado statute and 28 U.S.C. § 1927. The plaintiff has responded. On October 3, 2006, the plaintiff filed a notice of appeal. While that appeal does not prevent this Court from exercising jurisdiction to determine the motion, the basis for the defendant's request for fees is that the litigation was based on a frivolous claim and that the plaintiff unduly multiplied the proceedings unreasonably and vexatiously. The Court's ruling will be reviewed on the pending appeal and the outcome will be relevant to that claim by the defendant. Accordingly, to conserve judicial resources, it is

ORDERED that ruling on the Defendant's Motion for Attorneys' Fees will be deferred until after disposition of the appeal.

Dated: November 9, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge