IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02026-RPM

WARD WILSON,

    Plaintiff,

v.

TITAN INDEMNITY COMPANY,
a Texas corporation,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES

---

On September 6, 2006, the Court granted the defendant's motion for summary judgment and dismissed the plaintiff's claims for lack of standing. After judgment entered, the defendant moved for an award of attorneys' fees pursuant to C.R.S. § 10-4-708(1.7)(c)(IV)(1999), arguing that the plaintiff had pursued claims that lacked substantial justification and that fees were warranted pursuant to 28 U.S.C. § 1927 because the plaintiff's counsel had unreasonably and vexatiously multiplied the proceedings. When the plaintiff appealed the judgment, the Court deferred ruling on the defendant's motion for attorneys' fees until after disposition of the appeal.

On November 27, 2007, the United States Court of Appeals for the Tenth Circuit affirmed the judgment. *Wilson v. Titan Indem. Co.*, 508 F.3d 971 (10th Cir. 2007). The Tenth Circuit held that the plaintiff had standing, but that his claims failed on the merits because they were foreclosed after its decision in *Stickley v. State Farm Mutual Automobile Insurance Co.*, 505 F.3d

1070 (10th Cir.2007). In determining that the plaintiff had standing, the Tenth Circuit stated, "At the time Plaintiff filed suit, his argument was not foreclosed by precedent and was based on at least a colorable reading of Colorado law."

In light of this language in the Tenth Circuit's opinion, it cannot be said that the plaintiff pursued a claim that lacked substantial justification or that fees are warranted pursuant to 28 U.S.C. § 1927. Accordingly, it is

ORDERED that the defendant's motion for attorneys' fees is denied.

Dated: February 8, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge